# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s): Alberto Guzman**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Defendant(s): Liberty Mutual Insurance Company**

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

**Rick J. Horton**
**Lloyd Baker Attorneys**
**202 East Earll Drive, Suite 490**
**Phoenix, Arizona  85012**
**602-265-5555**

Defendant's Atty(s):

**Scott A. Salmon**
**Cavanagh Law Firm**
**1850 N. Central Avenue, Suite 2400**
**Phoenix, Arizona  85004**
**602-322-4000**

---

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2016-000830**

II. Basis of Jurisdiction: **4. Diversity (complete item III)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff: **1 Citizen of This State**
Defendant: **5 Non AZ corp and Principal place of Business outside AZ**

IV. Origin : **2. Removed From State Court**

V. Nature of Suit: **190 Other Contract**

VI. Cause of Action: **Breach of Contract; Bad Faith 28 U.S.C. Section 1446(b)(3)**

VII. Requested in Complaint
Class Action: **No**

Dollar Demand:

Jury Demand: **No**

---

VIII. This case **IS RELATED** to Case Number **not related** assigned to Judge **.**

---

**Signature:**  s/ Scott A. Salmon

**Date:** 2/26/16

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**